IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW DONOVAN CARTER, <br><br> Defendant. | CR 21-10-GF-BMM <br><br><br> ORDER GRANTING MOTION FOR VIDEO ATTENDANCE |

Pending before the Court is the government's Unopposed Motion for Video Attendance. The government requests that the minor victim's father be allowed to attend the sentencing hearing via video conference. The victim's father is immune-deficient from cancer and therefore cannot safely travel to Montana via aircraft to attend the sentencing hearing in person.

IT IS ORDERED that the Motion is GRANTED. The government shall make arrangements for the victim's father to attend the sentencing hearing via video conferencing with the Clerk of Court's Office.

Dated this 30th day of November, 2021.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court